IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RACHAEL-LINETTE COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 7:14cv00579 |
| v. | ) | |
| | ) | |
| UNISYS FEDERAL GOVERNMENT | ) | By: Michael F. Urbanski |
| GROUP, a Virginia division of UNISYS | ) | United States District Judge |
| CORPORATION, a Pennsylvania | ) | |
| Corporation; and employees, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the court will **ADOPT** the report and recommendation (ECF No. 37) to the extent consistent with this opinion. To be clear, the court adopts every recommendation made by the magistrate judge, except for that portion of the report that recommends dismissal of Rachael-Linnette Cook's Title VII, ADA, ADEA, and Rehabilitation Act claims as not being timely filed. Notwithstanding this timing issue, Cook's complaint otherwise fails to state a claim and is dismissed in its entirety. Accordingly, the court will **GRANT** Unisys's motion to dismiss (ECF No. 8), **DENY** Cook's motions to remand to state court (ECF No. 11), **DENY** Cook's motion for default judgment (ECF No. 11), **DENY** Cook's motion to prove authority to represent (ECF No. 11), **DENY** Cook's motion to strike the motion to dismiss (ECF No. 16), **DENY** Cook's motion for a more definite statement (ECF

No. 16), and **DENY** Cook's motion for entry of default (ECF No. 35). This matter is

**STRICKEN** from the active docket of the court.

                                                Entered: September 28, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge